# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

_____

## No. 201600408

_____

## UNITED STATES OF AMERICA
Appellee

v.

## DENISSE PAREDES
Aviation Boatswain's Mate Aircraft Handling Airman (E-3), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Ann K. Minami, JAGC, USN.
Convening Authority: Commanding Officer, USS NIMITZ (CVN 68).
Staff Judge Advocate's Recommendation: Lieutenant Commander
James M. Kennedy, JAGC, USN.
For Appellant: Major Jason L. Morris, USMCR.
For Appellee: Brian K. Keller, Esq.

_____

Decided 13 April 2017

_____

Before MARKS, JONES, and BELSKY, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

The supplemental court-martial order shall reflect that the date of the offense in Specification 2 of Charge I was in or about December 2014, and that in Specification 3 of Charge II, the value of the drug solicited was $30.00.

For the Court



R.H. TROIDL
Clerk of Court